# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

GRAZYNA MANIECKA,

    Plaintiff,

v.

MUCHENGGIFT LLC SHOP,

    Defendant.

Case No.: 1:26-cv-04404

Judge LaShonda A. Hunt

Magistrate Judge Heather K. McShain

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified in the Amended Complaint.

| No. | Defendant |
|-----|-----------|
| 1 | MUCHENGGIFT LLC SHOP |

This terminates the action.

DATED: June 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***