✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|

| DOCKET NO.<br>1:26-cv-04404 | DATE FILED<br>4/20/2026 | |
|---|---|---|

| PLAINTIFF<br><br>Grazyna Maniecka | DEFENDANT<br><br>The Partnerships and<br>Unincorporated Associations<br>Identified on Schedule A |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>E. Calasanz | DATE<br>6/29/2026 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-292

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

## Title _____

| | |
|---|---|
| **Title of Work:** | 38 Ways to Make a Perfect Coffee |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | August 28, 2014 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| **Author:** | Grazyna Maniecka |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Poland |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Grazyna Maniecka |
| | Droga Mleczna 26, Gutowo, 87-134, Poland |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Grazyna Maniecka |
| **Email:** | info@follygraph.com |
| **Address:** | Droga Mleczna 26 |
| | Gutowo 87-134 Poland |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 19, 2025 |
| **Applicant's Tracking Number:** | GM2025061601 |

Page 1 of 2



## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Grazyna Maniecka

                                          Plaintiff,

v.                                                    Case No.: 1:26–cv–04404
                                                      Honorable LaShonda A. Hunt

MUCHENGGIFT LLC SHOP, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2026:

  MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Plaintiff's notice of voluntary dismissal [31], this action is being dismissed without prejudice. All pending motions and deadlines are terminated as moot. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.